## CLEMENTS v. STATE.

### No. 19390.

Court of Criminal Appeals of Texas.

Feb. 9, 1938.

Oscar Callaway, of Comanche, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for drunken driving of an automobile upon a public highway, punishment assessed at a fine of $50 and suspension of driver's license for ninety days.

No statement of facts or bills of exception appear in the record. In such condition, nothing is presented for review.

The judgment is affirmed.

## MAYS v. STATE.

### No. 19396.

Court of Criminal Appeals of Texas.

Feb. 9, 1938.

Tom B. Bartlett, of Marlin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment assessed being confinement in the penitentiary for two years.

The record is before this court without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.